149412

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
09 NOV 20 AM 11:40
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

In the Matter of: : Case No. 07-16376-MOR
: Chapter 7; Judge MORGENSTERN-CLARREN
ERICA COOPER :
:
Debtor. :

### NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $749.18 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| FIA CARD SERVICES, NA<br>ATTN: MR. BK<br>1000 SAMOSET DRIVE<br>DE5-023-030-03<br>NEWARK, DE 19713 | 10 | $3,750.80 |

CK#1013

Total Unclaimed/Small
Dividends $25.00 or Under

Total Unclaimed Dividends
Over $25.00

$_____

$749.18

Dated: 11-19-09

MARY ANN RABIN, TRUSTEE, Trustee
Rabin and Rabin Co., LPA
55 Public Square #1510
Cleveland, OH 44113
(216) 771-8084
Facsimile No. (216) 771-4615
Mrabin@rabinandrabin.com